MARIE C. BAPTISTA, ADMINISTRATRIX AD PROSEQUEN-
DUM AND GENERAL ADMINISTRATRIX OF THE ES-
TATE OF LEOPOLDO A. BAPTISTA. DECEASED, PLAIN-
TIFF-APPELLANT, v. SAINT BARNABAS MEDICAL
CENTER, A CORPORATION OF THE STATE OF NEW
JERSEY, DEFENDANT-RESPONDENT.

Argued October 26, 1970—Decided November 9, 1970.

*Mr. Gerald W. Conway* argued the cause for appellant
(*Messrs. Schreiber and Lancaster,* attorneys).

*Mr. Wilbur A. Stevens* argued the cause for respondent
(*Messrs. Stevens & Mathias,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons
expressed in the majority opinion of Judge Kolovsky filed
in the Appellate Division, 109 *N. J. Super.* 217.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.